John M. Bouck, Appellant, v. Eli C. Mosher, Respondent.— Judgment affirmed, with costs. All concurred.

Emma Bishop, as Administratrix, etc., of Arthur Bishop, Deceased, Respondent, v. Kingston Gas and Electric Company, Appellant.— Motion granted, without costs.

Dewey F. Cornell and Elizabeth Ann McNeil, as Executors, etc., of Samuel Graham, Deceased, Appellants, v. Samuel R. Carey, Respondent, Impleaded with John G. Carey.— Judgment and orders unanimously affirmed, with costs.

Catharine Casey and John Casey, Respondents, v. Tompkins County Co-operative Fire Insurance Company, Appellant.— Judgment and order unanimously affirmed, with costs.

James F. Doyle, Sr., as Administrator, etc., of James F. Doyle, Jr., Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred, except Betts, J., dissenting.

First National Bank of Albany, N. Y., Respondent, v. Frank Crawford, Appellant.— Judgment and order unanimously affirmed, with costs.

France Milling Company, Respondent, v. Ida T. Dow and Charles H. Holmes, as Executors, etc., of De Witt C. Dow, Deceased, and William W. Simmons, Appellants.— Judgment and order unanimously affirmed, with costs.

M. Beulah Griswold, Respondent, v. Otto Ringling and Others, Defendants. John Ringling, Served, Appellant. — Judgment affirmed, with costs. All concurred, except Kellogg and Sewell, JJ., dissenting.

Edward M. Hewlett, Respondent, v. Andrew Kansas, Appellant.— Judgment and order unanimously affirmed, with costs.

Conrad E. Hasbrouck, Respondent, v. Municipal Telegraph and Stock Company, Appellant.— Judgment and order unanimously affirmed, with costs.